

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                      CRIMINAL NO. 17-20274

v.                                     HON. BERNARD FRIEDMAN

D-1 JUMANA NAGARWALA,

       Defendant.

_____/

### Defendant's Acknowledgment of Indictment

I, JUMANA NAGARWALA, defendant in this case, hereby acknowledge that I have received a copy of the indictment before entering my plea, and that I have read it and understand its contents.

I know that if I am convicted or plead guilty, I may be sentenced as follows:

**Count One: 18 U.S.C. § 371**

Conspiracy to commit female genital mutilation, up to 5 years in prison, a $250,000 fine, or both;

**Counts Two and Three: 18 U.S.C. § 116**

Female genital mutilation, up to 5 years in prison, a $250,000 fine, or both;

**Count Four: 18 U.S.C. § 2423(a), (e)**

Conspiracy to transport minor with intent to engage in criminal sexual activity, not less than 10 years in prison and up to life, a $250,000 fine, or both;

### Count Five: 18 U.S.C. § 1512(c)(2), (k)

Conspiracy to obstruct an official proceeding, up to 20 years in prison, a $250,000 fine, or both;

### Count Six: 18 U.S.C. § 1001

False statement to a federal officer, up to 5 years in prison, a $250,000 fine, or both

_____
JUMANA NAGARWALA, Defendant

### Acknowledgment of Defense Counsel

I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

_____
SHANNON SMITH
Counsel for Defendant

Dated: 4/27/17