UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 17-cr-20274 |
| Plaintiff, | Hon. Bernard A. Friedman |
| v. | |
| JUMANA NAGARWALA,<br>FAKHRUDDIN ATTAR, and<br>FARIDA ATTAR, | |
| Defendant. | |

_____

## ORDER GRANTING IN PART AND DENYING

## IN PART MOTION

For the reasons stated on the record at a motion hearing on May 16, 2017, this Court grants in part and denies in part the defendants' motion to attend state court proceedings related to the termination of their parental rights in their respective cases. This Court orders that the defendants be allowed to participate via telephone in future proceedings. Further, this Court orders that attorneys for the defendants be allowed to use electronic devices during these proceedings when they are with their clients to allow the attorneys to communicate the defendants' questions or comments to the attorneys who are physically present and attending

the proceedings. Jumana Nagarwala is being housed at the Huron County Jail, Fakhruddin Attar is being housed at the Federal Detention Center in Milan, and Farida Attar is being housed at the Livingston County Jail. This order allows attorneys to use cellular phones at these facilities with their respective clients while the proceedings are taking place.

                              s/ <u>Bernard A. Friedman</u>
                              Honorable Bernard A. Friedman

Dated  May 22, 2017

## Certification of Delivery

I hereby certify that on May 12, 2017, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification to parties enrolled through the ECF system. A hard copy has been mailed via the United States Postal Service to those who are not enrolled.

/s/MARY CHARTIER
Mary Chartier
ALANE & CHARTIER, P.L.C.
403 Seymour Avenue
Lansing, MI 48933
517.482.2000
517.482.2070 FAX
mary@alanechartier.com