UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

CRIMINAL NO. 17-CR-20274

vs.

HON. BERNARD A. FRIEDMAN

D-1   JUMANA NAGARWALA,
D-2   FAKHRUDDIN ATTAR,
D-3   FARIDA ATTAR,

      Defendants.
_____/

## NOTICE OF CHANGE OF ASSISTANT U.S. ATTORNEY

**To:  Attorney Admission Clerk and All Other Parties**

Please add the following Assistant U.S. Attorney as co-counsel of record on behalf of the United States of America:

    Name:    DAVID A. GARDEY
    Address:    211 W. Fort Street, Suite 2001
                  Detroit, MI  48226
    Telephone:    (313) 226-9591
    Email:    David.Gardey@usdoj.gov

    Respectfully submitted,

    DANIEL L. LEMISCH
    Acting United States Attorney

    *s/David A. Gardey*
    DAVID A. GARDEY
    Assistant United States Attorney
    211 W. Fort Street, Suite 2001
    Detroit, MI  48226
    313-226-9591
    David.Gardey@usdoj.gov

Dated:  June 13, 2017