UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JUMANA NAGARWALA (D-1),

    Defendant.

Case No. 17-cr-20274

Honorable Bernard A. Friedman

## MOTION TO SEAL APPEARANCE BOND

Jumana Nagarwala, M.D., through her attorney Shannon M. Smith, respectfully requests that the Appearance Bond executed in connection with her release be received by the Court under seal to protect the privacy of those persons individually identified. The government has no objection.

Respectfully submitted,

Dated: November 29, 2017

/s/ Shannon M. Smith
SHANNON M. SMITH
Attorney for Defendant Jumana Nagarwala
The Law Offices of Shannon M. Smith, P.C.
1668 South Telegraph Road
Suite 140
Bloomfield Hills, Michigan 48302
(248) 636-2595
attorneyshannon@gmail.com

## CERTIFICATE OF SERVICE

I certify that on November 29, 2017, I filed the foregoing document with the Clerk of the Court through the ECF system, which will send electronic notification to all counsel of record.

1

/s/ Shannon M. Smith
SHANNON M. SMITH
Attorney for Defendant Jumana Nagarwala