# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,               CR. NO. 17-20274

v.                           HON. BERNARD A. FRIEDMAN

JUMANA NAGARWALA (D-1) and
FAKHRUDDIN ATTAR (D-2),

        Defendants.

_____/

## JUMANA NAGARWALA AND FAKHRUDDIN ATTAR'S JOINT REPLY TO GOVERNMENT'S MOTION FOR MORE TIME TO FILE A MOTION FOR RECONSIDERATION [DOC # 272]

Dr. Jumana Nagarwala and Dr. Fakhruddin Attar object to the government's motion seeking more time to file a motion for reconsideration. The motion to dismiss count 6 was filed on September 20, 2017. (Motion, RE 171.) The motion was argued on December 5, 2017, and the opinion was issued on January 14, 2018. (Opinion and Order, RE 268.)

The government has offered no reason for its request for the delay in filing a motion for reconsideration. Also, to be clear, when the government sought concurrence, it sought additional time because it

1

said that it was "contemplating filing a motion for reconsideration." Both sides had months to contemplate what action would be taken if this Court issued a contrary ruling to their respective positions. Also, both sides fully briefed the issue and had ample time to argue. This Court's opinion was thorough and thoughtful. Accordingly, Dr. Nagarwala and Dr. Attar object to the government's motion seeking additional time to advance its position, as it has already had ample time to do so.

Dated:  January 24, 2018          Respectfully submitted,

                                  /s/ Shannon M. Smith
                                  SHANNON M. SMITH

                                  /s/ Mary Chartier
                                  MARY CHARTIER

## <u>CERTIFICATE OF SERVICE</u>

I certify that on January 24, 2018 I filed the foregoing document

with the Clerk of the Court through the ECF system, which will send

electronic notification to all counsel of record.

<u>/s/MARY CHARTIER</u>
Chartier & Nyamfukudza, P.L.C.
1905 Abbot Road, Suite 1
East Lansing, MI 48823
Phone: 517.885.3305
Fax: 517.885.3363
mary@cndefenders.com