UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,               No. 17-20274

  v.

                              Hon. Bernard Friedman

D-1  JUMANA NAGARWALA,

    Defendant.
_____/

# ORDER REGARDING JUMANA NAGARWALA'S MOTION FOR CLARIFICATION OF THIS COURT'S ORDER SETTING CONDITIONS OF RELEASE

For the reasons stated on the record on January 23, 2018, Jumana Nagarwala's Motion for Clarification of this Court's Order Setting Conditions of Release (R. 232) is granted in part and denied in part.

**IT IS HEREBY ORDERED** that Jumana Nagarwala shall be physically supervised by third party custodians that have been approved by pretrial services between the hours of 9:00 a.m. and 10:00 p.m. seven days per week.

**IT IS FURTHER ORDERED** that additional third party custodians, approved by pretrial services and the government, may be appointed to supervise defendant.

**IT IS FURTHER ORDERED** that any additional third party custodians must comply with the supervision requirements applicable to Fakhruddin Kurawadwala

**IT IS FURTHER ORDERED** that any additional third party custodians, will swear, under oath, that he/she understands his/her responsibilities as a third party custodian for Jumana Nagarwala.

**IT IS FURTHER ORDERED** that Jumana Nagarwala will have no access or be in the presence of any computer or internet capable device. The third party custodian or any other individual that comes into contact with the defendant will likewise not access his/her computer or internet capable device in the defendant's presence. When defendant visits her children for supervised visits, the third party custodians and all members of the household will ensure that all computer/internet capable devices are not present in the home during these visits.

**IT IS FURTHER ORDERED** that Jumana Nagarwala may go on hotel property and use the common areas of the hotel, not including the

parking lot, any computer terminals or "business center" areas of the hotel.


Dated: February 1, 2018          s/Bernard A. Friedman
      Detroit, Michigan          BERNARD A. FRIEDMAN
                                          SENIOR UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 1, 2018.

                                          s/Johnetta M. Curry-Williams
                                          Case Manager