UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

Plaintiff(s),                                    Case No. 17-20274

v.                                                     Judge  Bernard A. Friedman

D-4 TAHERA SHAFIQ,                         Magistrate Judge  David R. Grand

Defendant(s).
_____/

NOTICE OF CORRECTION

Docket entry number ___276___, filed _____2/1/2018_____, has been modified.  The explanation for the correction is stated below.

☐ The docket entry was made on the wrong case.

☐ The corresponding document image was missing or incomplete.

☑ The wrong document image was associated.

☐ The wrong judicial officer was listed on the case docket.

☐ The filer information was inaccurate or omitted from the docket text.

☐ The judicial officer information was inaccurate or omitted from the docket text.

☐ The docket text was changed to include the Partial Payment Order.

☐ Other:

If you need further clarification or assistance, please contact __Johnetta M. Curry-Wms__ at __(313) 234-5172__.

DAVID J. WEAVER, CLERK OF COURT

Dated: _February 2, 2018_____          Johnetta M. Curry-Williams_____
                                                                        Deputy Clerk