# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

| | |
|---|---|
| D-1 | JUMANA NAGARWALA, |
| D-2 | FAKHRUDDIN ATTAR, |
| D-3 | FARIDA ATTAR, |
| D-4 | TAHERA SHAFIQ, |
| D-5 | FARIDA ARIF, |
| D-6 | FATEMA DAHODWALA, |
| D-7 | HASEENA HALFAL, and |
| D-8 | ZAINAB HARIYANAWALA, |

    Defendants.

_____/

Case No. 17-cr-20274
Hon. Bernard A. Friedman

## CORRCTED ORDER GRANTING 90 DAY EXTENSION
## FOR THE DEADLINE TO FILE MOTIONS

The Defendants, by and through their counsel of record, having filed a Motion to Extend the Deadline for Filing Motions in this matter for a period of 90 days, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that the Motion to Extend the Deadline for Filing Motions is GRANTED.

**IT IS SO ORDERED.**

Dated: May 7, 2018  
Detroit, Michigan

s/Bernard A. Friedman  
BERNARD A. FRIEDMAN  
SENIOR UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 7, 2018.

s/Johnetta M. Curry-Williams
Case Manager
