UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                                            CASE NO. 17-cr-20274

-vs-

                                            HON. BERNARD A. FRIEDMAN

JUMANA NAGARWALA, *et al.*,

        Defendant.

_____/

## NOTICE OF CHANGE OF ASSISTANT U.S. ATTORNEY

**To:** Attorney Admission Clerk and All Other Parties

Please take notice of the following addition of Attorney of record for the above captioned case:

*Add the following AUSA(s):*

Name: Christian Levesque
Bar ID: D.C. 501778
Telephone: (202) 616-2609
Christian.Levesque@crm.usdoj.gov

                                            Matthew Schneider
                                            United States Attorney

                                            s/*Christian Levesque*
                                            Christian Levesque
                                            Trial Attorney
                                            U.S. Department of Justice,
                                            Human Rights and Special Prosecution
                                            1301 New York Ave., NW Washington,
                                            D.C. 20530
                                            (202) 616-2609

Dated: October 15, 2018

2