UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 17-cr-20274 |
| Plaintiff, | Honorable Bernard A. Friedman |
| v. | |
| | STIPULATION AND ORDER TO ALLOW BOND MODIFICATION |
| JUMANA NAGARWALA, D-1 FAKHRUDDIN ATTAR, D-2, FARIDA ATTAR, D-3, and TAHERA SHAFIQ, D-4, | |
| Defendants. | |
_____/

Jumana Nagarwala, through her attorney Shannon Smith, Fakhruddin Attar, through his attorney Mary Chartier, Farida Attar, through her attorney Matthew R. Newburg, and Tahera Shafiq, through her attorney Jerome Sabbota, and the United States government, through its attorney Sara Woodward, stipulate that the bond conditions for the above-listed Defendants be modified to permit the use of a computer to access the internet to allow them to livestream religious sermons on the following dates:

- October 6, 2018 – 7:00 p.m. to 9:00 p.m. [Urs Galiyakot]
- October 29, 2018 – 6:30 p.m. to 9:00 p.m. [Chehlum]
- October 30, 2018 – 3:30 p.m. to 6:30 p.m. [Chehlum]
- November 6, 2018 – 6:30 p.m. to 8:30 p.m. [Imam Hasan]
- November 19, 2018 – 6:30 p.m. to 9:00 p.m. [Eid Milad]
- November 23, 2018 – 6:30 p.m. to 9:00 p.m. [Urs Burhanuddin Maula]
- November 24, 2018 – 2:00 p.m. to 6:00 p.m. [Urs Burhanuddin Maula]
- December 11, 2018 – 6:30 p.m. to 9:00 p.m. [Milad IZ]
- December 12, 2018 – 2:00 p.m. to 6:00 p.m. [Milad IZ]
- December 27, 2018 – 6:30 p.m. to 9:00 p.m. [Milad Maula]
- December 28, 2018 – 2:00 p.m. to 6:00 p.m. [Milad Maula]

Other internet access not permitted by the bond conditions is prohibited.

                                        Respectfully submitted,

Dated: 10/11/2018          /s/ Shannon M. Smith
                                   SHANNON M. SMITH
                                   Attorney for Jumana Nagarwala

Dated: 10/11/2018          /s/ Mary Chartier
                                   MARY CHARTIER
                                   Attorney for Fakhruddin Attar

Dated: 10/11/2018          /s/ Matthew Newburg
                                   MATTHEW NEWBURG
                                   Attorney for Farida Attar

Dated:  10/11/2018          /s/ Jerome Sabbota
                            JEROME SABBOTA
                            Attorney for Tahera Shafiq

Dated:  10/15/2018          /s/ Sara Woodward
                            AUSA Sara Woodward

## ORDER

The bond conditions for Jumana Nagarwala, Fakhruddin Attar, Farida Attar, and Tahera Shafiq shall be modified to permit the following, subject to the approval of Pretrial Services:

- October 6, 2018 – 7:00 p.m. to 9:00 p.m. [Urs Galiyakot]

- October 29, 2018 – 6:30 p.m. to 9:00 p.m. [Chehlum]

- October 30, 2018 – 3:30 p.m. to 6:30 p.m. [Chehlum]

- November 6, 2018 – 6:30 p.m. to 8:30 p.m. [Imam Hasan]

- November 19, 2018 – 6:30 p.m. to 9:00 p.m. [Eid Milad]

- November 23, 2018 – 6:30 p.m. to 9:00 p.m. [Urs Burhanuddin Maula]

- November 24, 2018 – 2:00 p.m. to 6:00 p.m. [Urs Burhanuddin Maula]

- December 11, 2018 – 6:30 p.m. to 9:00 p.m. [Milad IZ]

- December 12, 2018 – 2:00 p.m. to 6:00 p.m. [Milad IZ]

- December 27, 2018 – 6:30 p.m. to 9:00 p.m. [Milad Maula]

- December 28, 2018 – 2:00 p.m. to 6:00 p.m. [Milad Maula]

**SO ORDERED.**

|  |  |
|---|---|
| | s/Bernard A. Friedman |
| Dated: October 19, 2018 | BERNARD A. FRIEDMAN |
| Detroit, Michigan | SENIOR UNITED STATES DISTRICT JUDGE |