# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,	CASE NO. 17-20274

v.	HON. BERNARD FRIEDMAN

D-1 JUMANA NAGARWALA,	**STIPULATION AND ORDER TO AMEND BOND**

    Defendant.

_____/

## STIPULATION TO AMEND BOND

Jumana Nagarwala, M.D., through her attorney Shannon Smith, and the United States government, through its attorney Malisa Dubal, stipulate that Dr. Nagarwala's bond conditions be modified as follows:

1. Dr. Nagarwala is no longer on house arrest and may travel in the State of Michigan.

2. Dr. Nagarwala is no longer required to wear a GPS tether.

3. Dr. Nagarwala is no longer required to have a third party custodian.

4. Dr. Nagarwala's restrictions on communicating with others is limited to restricting her from communicating with witnesses,

1

2

co-defendants, and members of the community except that she may communicate with family members, such as immediate family, uncles, aunts, cousins, nieces, and nephews and similar in-laws.

5. Dr. Nagarwala is allowed to use the internet and text.

                                Respectfully submitted,

| | |
|---|---|
| 1/14/2019 | /s/ SHANNON SMITH |
| Date | Shannon Smith |
| | |
| 1/14/2019 | /s/ MALISA DUBAL |
| Date | Malisa Dubal |

## ORDER

Dr. Nagarwala's bond conditions are amended as follows:

1. Dr. Nagarwala is no longer on house arrest and may travel in the State of Michigan.

2. Dr. Nagarwala is no longer required to wear a GPS tether.

3. Dr. Nagarwala is no longer required to have a third party custodian.

4. Dr. Nagarwala's restrictions on communicating with others is limited to restricting her from communicating with witnesses, co-defendants, and members of the community except that she may communicate with family members, such as immediate family, uncles, aunts, cousins, nieces, and nephews and similar in-laws.

5. Dr. Nagarwala is allowed to use the internet and text.

IT IS SO ORDERED

Dated: January 14, 2019  
Detroit, Michigan

s/Bernard A. Friedman  
Hon. Bernard A. Friedman  
Senior U.S. District Court Judge