# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D-1 JUMANA NAGARWALA,

    Defendant.
_____/

CASE NO. 17-20274

HON. BERNARD FRIEDMAN

**STIPULATION AND ORDER TO AMEND BOND**

## STIPULATION TO AMEND BOND

Jumana Nagarwala, through her attorney Shannon M. Smith, and the United States government, through its attorney Sara D. Woodward, stipulate that Defendant Jumana Nagarwala's bond conditions be modified to permit the release of Moiz Nagarwala's passport to Moiz Nagarwala for travel to India and Iraq.

Mr. Nagarwala anticipates his trip to India will take place from approximately March 21, 2019 through March 29, 2019 (he is in the process of booking and finalizing his tickets). The purpose of the March trip to India is to attend two religious holidays in Mumbai.

Further, Mr. Nagarwala will travel to Iraq at some point between

April 6, 2019 and April 20, 2019 for a religious pilgrimage to Kerbala and Najas. The dates will be finalized once a lottery takes place, allowing Mr. Nagarwala to know what dates is allowed to attend the services.

Therefore, all travel to India in March and Iraq in April is subject to approval of the itineraries by Pre-trial Services. Mr. Nagarwala will coordinate with Pre-trial Services to retrieve and return his passport before and after the trips.

Respectfully submitted,

2/26/19  
Date

/s/ Shannon M. Smith  
Shannon M. Smith  
Attorney for Jumana Nagarwala  
1668 South Telegraph Road  
Bloomfield Hills, MI 48302  
(248) 636-2595  
shannon@shannonsmithlaw.com

2/26/19  
Date

/s/ Sara D. Woodward  
Sara D. Woodward  
Assistant U.S. Attorney  
211 W. Fort Street, Suite 2001  
Detroit, MI 48226  
(313) 226-9180  
sara.woodward@usdoj.gov

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D-1 JUMANA NAGARWALA,

    Defendant.
_____/

CASE NO. 17-20274

HON. BERNARD FRIEDMAN

**STIPULATION AND ORDER**

## ORDER APPROVING BOND MODIFICATION

This matter coming before the Court on the stipulation of the parties, it is hereby:

**ORDERED** that Defendant Jumana Nagarwala's bond conditions be modified to permit the release of Moiz Nagarwala's passport to Moiz Nagarwala for travel to India between the approximate dates of March 21, 2019 through March 29, 2019. Further, Mr. Nagarwala will travel to Iraq at some point between April 6, 2019 and April 20, 2019 for a religious pilgrimage to Kerbala and Najas.

**It is further ORDERED** that all travel to India in March and Iraq in April is subject to approval of the itineraries by Pre-trial

Services and Mr. Nagarwala will coordinate with Pre-trial Services to retrieve and return his passport before and after the trips.

Dated: March 4, 2019
Detroit, Michigan

s/Bernard A. Friedman
BERNARD A. FRIEDMAN
SENIOR U.S. DISTRICT JUDGE