# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: May 01, 2019

Ms. Molly Blythe
Ms. Mary Chartier-Mittendorf
Ms. Lisa L. Dwyer
Mr. Brian M. Legghio
Ms. Patricia A. Maceroni
Mr. Matthew Ryan Newburg
Ms. Anjali Prasad
Ms. Sonja Ralston
Mr. Michael E. Rosman
Mr. Jerome Sabbota
Ms. Shannon M. Smith

Re: Case No. 19-1015, *USA v. Jumana Nagarwala, et al*
Originating Case No. : 2:17-cr-20274

Dear Counsel,

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Ryan E. Orme
Case Manager
Direct Dial No. 513-564-7079

cc: Ms. Megan Barbero
Mr. Joshua A. Geltzer
Mr. Neal K. Katyal
Mr. Douglas Neal Letter
Ms. Amy L. Marshak
Ms. Mary McCord

    Mr. Daniel Bruce Rice
    Mr. Todd Barry Tatelman
    Mr. David J. Weaver

Enclosure

No. 19-1015

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**
May 01, 2019
DEBORAH S. HUNT, Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff-Appellant, ) | |
| ) | |
| UNITED STATES HOUSE OF ) | |
| REPRESENTATIVES, ) | |
| ) | |
| Proposed Intervenor, ) | |
| ) | |
| v. ) | O R D E R |
| ) | |
| JUMANA NAGARWALA; FAKHRUDDIN ) | |
| ATTAR; FARIDA ATTAR; TAHERA ) | |
| SHAFIQ; FATEMA DAHODWALA; ) | |
| HASEENA HALFAL; ZAINAB ) | |
| HARIYANAWALA; FARIDA ARIF, ) | |
| ) | |
| Defendants-Appellees. ) | |

The United States moves for a 30-day extension of the briefing schedule in light of the Solicitor General's decision not to appeal. The United States House of Representatives moves for leave to intervene.

In view of the pending motion to intervene, the briefing schedule is cancelled. Briefing will be held in abeyance pending resolution of the motion to intervene.

ENTERED PURSUANT TO RULE 45(a)
RULES OF THE SIXTH CIRCUIT

_____
Deborah S. Hunt, Clerk