# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D-1 JUMANA NAGARWALA,

    Defendant.

_____/

CASE NO. 17-20274

HON. BERNARD FRIEDMAN

**STIPULATION AND ORDER TO AMEND BOND**

## STIPULATION TO AMEND BOND

Jumana Nagarwala, through her attorney Molly Blythe, and the United States government, through its attorney Malisa Dubal, stipulate that Defendant Jumana Nagarwala's bond conditions be modified to permit the release of Moiz Nagarwala's passport to Moiz Nagarwala, with the agreement that Moiz Nagarwala will not use the passport for international travel unless approved by the United States Attorney's Office and Pretrial Services.

       Respectfully submitted,

| | |
|---|---|
| 7/22/19 | /s/ Molly Blythe |
| Date | Molly Blythe |
| | Attorney for Jumana Nagarwala |
| | 1668 South Telegraph Road |
| | Bloomfield Hills, MI 48302 |
| | (248) 636-2595 |
| | molly@smithblythe.com |
| 7/22/19 | /s/ Malisa Dubal |
| Date | Malisa Dubal |
| | Assistant U.S. Attorney |
| | 211 W. Fort Street, Suite 2001 |
| | Detroit, MI 48226 |
| | (313) 226-9180 |
| | Malisa.dubal@usdoj.gov |

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                    CASE NO. 17-20274

    v.                            HON. BERNARD FRIEDMAN

D-1 JUMANA NAGARWALA,        **STIPULATION AND ORDER**

    Defendant.

_____/

## ORDER APPROVING BOND MODIFICATION

This matter coming before the Court on the stipulation of the parties, it is hereby:

**ORDERED** that Defendant Jumana Nagarwala's bond conditions be modified to permit the release of Moiz Nagarwala's passport to Moiz Nagarwala.

**It is further ORDERED** that Moiz Nagarwala will not use the passport for international travel unless approved by the United States Attorney's Office and Pretrial Services.

Dated: July 31, 2019　　　　　　　s/Bernard A. Friedman
　　　Detroit, Michigan　　　　　　Bernard A. Friedman
　　　　　　　　　　　　　　　　　Senior United States District Judge