UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                                   Criminal No. 17-CR-20274

vs.                                                       HON. BERNARD A. FRIEDMAN

JUMANA NAGARWALA, et al.,

    Defendants.

_____/

## BRIEFING SCHEDULE and SCHEDULING ORDER

On January 8, 2020, this matter came before the Court for a status conference. For the reasons stated on the record,

IT IS ORDERED that the government's response to defendant Nagarwala's motion to dismiss [docket entry 373] is due by January 22, 2020, and that defendant's reply is due by January 29, 2020.

IT IS FURTHER ORDERED that the dispositive motion cutoff date in this matter is July 8, 2020; that the final pretrial / plea cutoff date is August 19, 2020, at 11:00 a.m.; and that the trial will commence on October 6, 2020, at 9:00 a.m.

Dated: January 15, 2020                s/Bernard A. Friedman
        Detroit, Michigan           BERNARD A. FRIEDMAN
                                     SENIOR UNITED STATES DISTRICT JUDGE