UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D-1   JUMANA NAGARWALA,

    Defendants.

Criminal No. 17-cr-20274

Honorable Bernard A. Friedman

VIO:  18 U.S.C. § 2423(b), (e)
18 U.S.C. § 1512(k)

## STIPULATION TO CONTINUE MOTIONS DEADLINE

The United States of America and Defendant Jumana Nagarwala, through their counsel, stipulate and agree that the Government's Response to Defendant's Motion To Dismiss Count 7 [Dkt. 373] shall be continued from January 22, 2020 to January 31, 2020.  Additionally, the parties stipulate that Defendant Jumana Nagarwala's Reply to the Government's Response will be continued from January 29, 2020 to February 14, 2020.

Dated:  January 21, 2020
         Detroit, Michigan

s/Bernard A. Friedman
Bernard A. Friedman
Senior United States District Judge

SO STIPULATED.
/s/ John Neal
John Neal
Chief, Economic Crimes
U.S. Attorney's Office
Eastern District of Michigan
211 West Fort Street
Detroit, Michigan 48226
Phone (313) 226-9644
E-Mail: john.neal@usdoj.gov

/s/ Sara Woodward
Assistant United States Attorney
U.S. Attorney's Office
Eastern District of Michigan
211 West Fort Street
Detroit, Michigan 48226
Phone (313) 226-9180
E-Mail: sara.woodward@usdoj.gov

/s/Malisa Dubal
Malisa Dubal
Assistant Chief
U.S. Department of Justice
Criminal Division, Fraud Section
1400 New York Ave., N.W.
Bond Building, Eighth Floor
Washington, D.C. 20005
Phone: (202) 660-2001
E-Mail: Malisa.dubal@usdoj.gov

s/Amy Markopoulos
Amy Markopoulos
Counsel
Department of Justice
Criminal Division, Fraud Section
1400 New York Ave. N.W.
Washington, DC 20005
Ph: (202) 230-0595
E-Mail: amy.markopoulos@usdoj.gov

/s/ Shannon M. Smith (with consent)
Shannon M. Smith
The Law Offices of Shannon M. Smith, P.C.
1668 South Telegraph Road, Suite 140
Bloomfield Hills, MI 48302
Phone: 248-636-2595
Email: attorneyshannon@gmail.com
*Attorney for D-1 Jumana Nagarwala*


Date:  January 16, 2020

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

   Plaintiff,

v.

D-1 JUMANA NAGARWALA,

   Defendants.

Criminal No. 17-cr-20274

Honorable Bernard A. Friedman

VIO:  18 U.S.C. § 2423(b), (e)
18 U.S.C. § 1512(k)

# ORDER

Upon stipulation of the parties and the Court being fully advised of the circumstances,

**IT IS HEREBY ORDERED** the Government's Response to the Defendant's Motion To Dismiss Count 7 [Dkt] 373 shall be filed by January 31, 2020.

**IT IS HEREBY ORDERED** that the Defendant's Reply to the Government's Response to the Defendant's Motion To Dismiss Count 7 shall be filed by February 14, 2020.

**SO ORDERED**.

Dated: January 21, 2020
   Detroit, Michigan

s/Bernard A. Friedman
Bernard A. Friedman
Senior United States District Judge