## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: June 03, 2020

Ms. Molly Blythe
Ms. Shannon M. Smith
Smith Blythe
1668 S. Telegraph Road, Suite 200
Bloomfield Hills, MI 48302

Mr. Jeremy Raymond Sanders
U.S. Department of Justice - Criminal Division
1400 New York Avenue, N.W.
Washington, DC 20005

Re: Case No. 20-1308, *USA v. Jumana Nagarwala*
Originating Case No. : 2:17-cr-20274-1

Dear Counsel,

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Briston S. Mitchell
Case Manager
Direct Dial No. 513-564-7082

cc: Mr. David J. Weaver

Enclosure

Mandate to issue

Case No. 20-1308

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

### ORDER

UNITED STATES OF AMERICA

    Plaintiff - Appellant

v.

JUMANA NAGARWALA

    Defendant - Appellee

Upon consideration of the appellant's motion to voluntarily dismiss the appeal herein pursuant to Rule 42(b), Federal Rules of Appellate Procedure,

It is **ORDERED** that the motion is **GRANTED** and the appeal is dismissed.

**ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued: June 03, 2020