UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                     Criminal No. 17-CR-20274-D1,2,3,6

vs.                                          HON. BERNARD A. FRIEDMAN

JUMANA NAGARWALA, et al.,

    Defendants.

_____/

## ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION TO AMEND THE PROTECTIVE ORDER

On January 21, 2021, this matter came before the Court on defendants' motion to amend the previously entered protective order [docket entry 447].  A hearing was held and argument heard.  For the reasons stated on the record,

IT IS ORDERED that defendants' motion to amend the protective order is granted in part and denied in part as follows: defendants and potential experts may not review the protected materials "independently," but may do so through a secured electronic document exchange platform, which will be facilitated and monitored by defense counsel.

                                                  s/Bernard A. Friedman
                                                 BERNARD A. FRIEDMAN
Dated:  February 12, 2021             SENIOR UNITED STATES DISTRICT JUDGE
        Detroit, Michigan