UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JUMANA NAGARWALA, et al.,

    Defendants.
    _____/

Criminal No. 17-CR-20274-1,2,3,6

HON. BERNARD A. FRIEDMAN

### ORDER DENYING AS MOOT DEFENDANTS' MOTIONS TO DISMISS COUNT 8

This matter is presently before the Court on defendants' motions to dismiss Count 8 of the Third Superseding Indictment [docket entries 453, 454, and 455]. These motions are denied as moot, as the government has filed a Fourth Superseding Indictment.

SO ORDERED.

s/Bernard A. Friedman
BERNARD A. FRIEDMAN
SENIOR UNITED STATES DISTRICT JUDGE

Dated: March 15, 2021
       Detroit, Michigan