UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                      CRIMINAL NO. 17-20274

v.                                 HON. BERNARD A. FRIEDMAN

D-1 JUMANA NAGARWALA,

    Defendant.

_____/

**Defendant's Acknowledgment of Fourth Superseding Indictment**

I, JUMANA NAGARWALA, defendant in this case, hereby acknowledge that I have received a copy of the Fourth Superseding Indictment before entering my plea, and that I have read it and understand its contents.

I know that if I am convicted or plead guilty, I may be sentenced as follows:

**Count One: 18 U.S.C. § 371**

Conspiracy to make false statements, up to 5 years in prison, a $250,000 fine, or both;

**Count Two: 18 U.S.C. § 1001**

False statements, up to 5 years in prison, a $250,000 fine, or both.

**Count Three: 18 U.S.C. § 1512(k)**

Conspiracy to tamper with a witness, up to 20 years in prison, a $250,000 fine, or both;

## Counts Four and Five: 18 U.S.C. § 1512(b)(3)

Tampering with a witness, up to 20 years in prison, a $250,000 fine, or both.

s/Jumana Nagarwala
JUMANA NAGARWALA, Defendant

## Acknowledgment of Defense Counsel

I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection and I understand that all pre-trial motions are to be filed as directed by the Court.

Dated: March 19, 2021

s/Shannon Smith
SHANNON SMITH
Counsel for Defendant