UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D-1 Jumana Nagarwala
D-2 Fakhruddin Attar
D-3 Farida Attar
D-6 Fatema Dahodwala

    Defendants.

Criminal No. 17-cr-20274
Judge: Bernard A. Friedman

_____

**STIPULATION TO EXTEND MOTION FILING DEADLINE**

Because a Fourth Superseding Indictment was recently issued adding several new, additional counts against the Defendants and because the parties are engaged in continuing discovery and the review of recently produced transcriptions of recorded conversations, the United States Government, by and through its attorneys and Defendants, by and through their attorneys, do hereby stipulate and agree that the pretrial motion filing cutoff date for motions, other than motions *in limine*, currently set for May 7, 2021, shall be extended to June 27, 2021.

Respectfully submitted,

| | |
|---|---|
| s/ Brian M. Legghio | s/ Shannon M. Smith |
| BRIAN M. LEGGHIO | SHANNON M. SMITH |
| Attorney for Fatema Dahodwala | Attorney for Jumana Nagarwala |
| | |
| s/ Mary Chartier-Mittendorf | s/ Matthew R. Newburg |
| Mary Chartier-Mittendorf | MATTHEW R. NEWBURG |
| Attorney for Fakhruddin Attar | Attorney for Farida Attar |
| | |
| s/Sara Woodward | s/ John Neal |
| Assistant U.S. Attorney | Assistant U.S. Attorney |
| SARA WOODWARD | JOHN NEAL |
| | |
| s/ Malisa Dubal | s/ Amy Markopoulos |
| DOJ Trial Attorney | DOJ Trial Attorney |
| MALISA DUBAL | AMY MARKOPOULOS |

DATED: April 13, 2021

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

Criminal No. 17-cr-20274
Judge: Bernard A. Friedman

v.

D-1 Jumana Nagarwala
D-2 Fakhruddin Attar
D-3 Farida Attar
D-6, Fatema Dahodwala

    Defendant.

---

**ORDER GRANTING TIME EXTENSION FOR
MOTION FILING DEADLINE**

Upon stipulation of the parties and the Court being fully advised of the circumstances;

**IT IS HEREBY ORDERED** the pretrial motion filing deadline for motions, other than motions in limine, shall be extended from May 7, 2021 to June 27, 2021.

IT IS SO ORDERED:

Dated: April 16, 2021
    Detroit, Michigan

s/Bernard A. Friedman
Bernard A. Friedman
Senior United States District Judge