UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 17-20274 |
| Plaintiff, | Hon. Bernard A. Friedman |
| v. | |
| D-1 JUMANA NAGARWALA, | |
| D-2 FAKHRUDDIN ATTAR, | |
| D-3 FARIDA ATTAR, | |
| Defendants. | |

**UNITED STATES' *EX PARTE* MOTION TO SEAL**

The United States of America, by its undersigned attorney, respectfully requests permission to file under seal its Response to Defendants' Motion to Suppress Wiretaps and All evidence Obtained As a Result of Those Wiretaps, this motion and the court order. The United States further requests that these items be sealed until further order of the Court.

Respectfully Submitted,

SAIMA SHAFIQ MOHSIN
Acting United States Attorney

|  |  |
|---|---|
|  | s/ Amy Markopoulos |
|  | Amy Markopoulos |
|  | Trial Attorney |
|  | Department of Justice |
|  | Criminal Division, Fraud Section |
| Dated: May 3, 2021 | amy.markopoulos@usdoj.gov |

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2021, I filed the foregoing document using ECF, which will provide notification to counsel of record.

s/ Amy Markopoulos
Amy Markopoulos
Trial Attorney
Department of Justice
Criminal Division, Fraud Section
amy.markopoulos@usdoj.gov
