UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D-1 Jumana Nagarwala
D-2 Fakhruddin Attar
D-3 Farida Attar
D-6 Fatema Dahodwala

    Defendants.

Case No. 17-cr-20274
Judge: Bernard A. Friedman

_____

**STIPULATION TO EXTEND MOTION FILING DEADLINE**

Because there are pending motions, to wit, Sealed Motion to Suppress[469] and Motion to Dismiss[487] which will be argued before this Honorable Court on September 15, 2021, the United States Government, by and through its attorneys and Defendants, by and through their attorneys, do hereby stipulate and agree that the motion filing cutoff date for all remaining pretrial motions, other than motions in limine, currently set for August 31, 2021 shall be extended 60 days after this Honorable Court enters its rulings on the above cited pending motions. Because the date of the Court's rulings on the above cited motions is uncertain, the parties further agree that after the Court enters its rulings on the two pending motions, the parties shall then file a stipulation selecting a date certain to file all remaining pretrial motions.

                                                Respectfully submitted,

DATED: August 17, 2021

| s/ Brian M. Legghio | s/ Shannon M. Smith |
|---|---|
| BRIAN M. LEGGHIO | SHANNON M. SMITH |
| Attorney for Fatema Dahodwala | Attorney for Jumana Nagarwala |
| | |
| s/ Mary Chartier-Mittendorf | s/ Matthew R. Newburg |
| Mary Chartier-Mittendorf | MATTHEW R. NEWBURG |
| Attorney for Fakhruddin Attar | Attorney for Farida Attar |

| s/Sara Woodward | s/ John Neal |
|---|---|
| Assistant U.S. Attorney | Assistant U.S. Attorney |
| SARA WOODWARD | JOHN NEAL |

s/ Amy Markopoulos
DOJ Trial Attorney
AMY MARKOPOULOS

DATED: August 17, 2021

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D-1 Jumana Nagarwala
D-2 Fakhruddin Attar
D-3 Farida Attar
D-6, Fatema Dahodwala

    Defendant.

Case No. 17-cr-20274
Judge: Bernard A. Friedman

## ORDER GRANTING TIME EXTENSION FOR MOTION FILING DEADLINE

Upon stipulation of the parties and the Court being fully advised of the circumstances;

**IT IS HEREBY ORDERED** that the pretrial motion filing deadline for motions, other than motions in limine, shall be extended from the presently scheduled date of August 31, 2021. It is further Ordered that the parties submit another stipulation affixing the final pretrial motion cut-off date sixty (60) days after the Court enters its rulings on the pending Sealed Motion to Suppress [469] and the Motion to Dismiss [487]

IT IS SO ORDERED:

Dated: August 19, 2021
Detroit, Michigan

s/Bernard A. Friedma_____
BERNARD A. FRIEDMAN
SENIOR U.S. DISTRICT JUDGE