UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                      Plaintiff,

v.                                       Case No. 2:17−cr−20274−BAF−DRG
                                       Hon. Bernard A. Friedman

Jumana Nagarwala, et al.,

                      Defendant(s),

## NOTICE OF MOTION HEARING

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

   NOTICE of IN PERSON hearing and \*\*TIME CHANGE\*\* on [469] SEALED MOTION to Suppress; [487] MOTION to Dismiss as to Jumana Nagarwala, Fakhruddin Attar, Farida Attar, Fatema Dahodwala. **Motion Hearing REset for 9/15/2021 10:30 AM bef ore District Judge Bernard A. Friedman Courtroom 110** (JCur)

   All of the aforementioned Defendants are required to appear at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan.  Please report to Room 110.

## Certificate of Service

   I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                     By: s/J. Curry−Williams
                                                          Case Manager

Dated:   August 30, 2021