UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NUMBER: 17-CR-20274-01 |
| Plaintiff, | JUDGE: BERNARD A. FRIEDMAN |
| v. | |
| JUMANA NAGARWALA, | |
| Defendant. | |
| _____/ | |

### ORDER FOR RETURN NON-CASH COLLATERAL

A surety having posted <u>November 21, 2017 (ECF No. 237)</u> with this Court to secure the release of the above-named defendant, and said conditions of the order requiring the bond having been met or rendered moot by an Order of the Court dated <u>9/28/2021 (ECF No. 505)</u> now therefore,

IT IS HEREBY ORDERED that the Clerk of Court for the United States District Court for the Eastern District of Michigan return the non-cash collateral to <u>Jumana Nagarwala</u>, for recorded surety and owner.

Dated: <u>November 4, 2021</u>        s/Bernard A. Friedman
                                       Senior United States District Judge

I hereby certify that the above-stated information has been verified as true and correct on this 4th day of November, 2021.
 s/Johnetta M. Curry-Wms
Deputy Clerk

In the event, defendant is not in possession of the original receipt provided at time of deposit, United States District Judge Bernard A. Friedman directs the Clerk of the Court to release the Surety Deed to Defendant #1 Jumana Nagarwala.